[ORAL ARGUMENT NOT YET SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| VANESSA CROWE, et al.,<br><br> Plaintiffs-Appellants,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br> Defendants-Appellees. | No. 25-5296 |

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1)(a), the undersigned counsel certifies as follows:

## A. Parties

This is an appeal from an order of the U.S. District Court for the District of Columbia denying plaintiffs' motion for a preliminary injunction and granting defendants' motion to dismiss the complaint.

Appellants are Vanessa Crowe and Glen Galemmo on behalf of themselves and others similarly situated. The same individuals appeared as plaintiffs before the district court.

Appellees are the Federal Bureau of Prisons and William K. Marshall, III, in his official capacity as Director of the Bureau of Prisons. The Bureau of Prisons and Marshall's predecessor in office, Colette S. Peters, appeared as defendants before the district court.

### B. Rulings Under Review

Appellants seek review of the June 9, 2025, opinion and order of the district court (Mehta, J.) denying plaintiffs a preliminary injunction that orders the Bureau of Prisons to timely transfer all eligible inmates and granting defendants' motion to dismiss the complaint. *See* Dkt. Nos. 51, 52. The district court's unpublished opinion is also available at 2025 WL 1635392.

### C. Related Cases

Counsel is not aware of any pending cases raising the same or similar issues presented on appeal here.

Respectfully submitted,

/s/ Amanda L. Mundell
AMANDA L. MUNDELL
  *Attorney, Appellate Staff*
  *Civil Division, Room 7252*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-3469*
  *Amanda.L.Mundell@usdoj.gov*

September 2025

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

                                                */s/ Amanda L. Mundell*
                                                AMANDA L. MUNDELL