# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| Vanessa CROWE and Glen GALEMMO, *individually and on behalf of all others similarly situated*<br><br>    *Appellants*,<br><br> v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>    *Appellees*. | No. 25-5296 |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1) and this Court's Order of August 18, 2025, Appellants Vanessa Crowe and Glen Galemmo file the following Certificate as to Parties, Rulings, and Related Cases.

**Parties, Intervenors, and *Amici***

The parties in this case, No. 25-5296, are Appellants Vanessa Crowe and Glen Galemmo, individually and on behalf of all others similarly situated, and Appellees Federal Bureau of Prisons, and William K. Marshall, III, in his official capacity as Director of the Bureau of Prisons. The following pro se incarcerated persons moved to intervene; all motions to intervene were denied: Shamoon Rafiq, Steven Mesrop, Stephen Aguiar, Bernadito Carvajal, Sergio Amaya-Martinez, Annamalai Annamalai, Jamaal Hameen, Luis Perez, and Stuart Cole. There are no *amici curiae* involved in this matter to date.

**Rulings Under Review**

Appellants seek review of the United States District Court for the District of Columbia Order (ECF No. 52) and Memorandum Opinion (ECF No. 51) captioned *Vanessa Crowe, et al. v. Federal Bureau of Prisons, et al.*, No. 1:24-cv-3582 (APM).

**Related Cases**

There are no related cases.

Dated: September 17, 2025

Respectfully submitted,

/s/ Elizabeth Henthorne
Elizabeth Henthorne (D.C. Bar No. 1562688)
Brantley A. Butcher* (D.C. Bar No. 90029703)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 637-6367
bhenthorne@jenner.com
bbutcher@jenner.com

Julius Mitchell* (D.C. Bar No. 1671322)
JENNER & BLOCK LLP
1155 6th Avenue
New York, NY 10036
(212) 891-1600
julius.mitchell@jenner.com

Emma A. Andersson (CA Bar No. 260637)
Julian Clark* (NY Bar No. 5824180)
American Civil Liberties Union Foundation
125 Broad St. – 18th Floor
New York, NY 10004
(212) 549-2500
eandersson@aclu.org
jclark@aclu.org

Aditi Shah (D.C. Bar No. 90033136)
Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
ashah@acludc.org
aspitzer@acludc.org
smichelman@acludc.org

*Application for admission pending.

Attorneys for Appellants

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Certificate as to Parties, Rulings, and Related Cases was served on all parties on September 17, 2025, via the Court's CM/ECF system, which sends automatic notification to counsel of record via email.


*/s/ Elizabeth Henthorne*
Elizabeth Henthorne